DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KADEEM NAJEE DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0472

_____

December 5, 2025

Appeal from the Circuit Court for Hillsborough County; Elizabeth G. Rice, Judge.

Blair Allen, Public Defender, and Megan Banfield, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

BLACK, SLEET, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.